UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES
AFL-CIO,

                    **Plaintiff,**                22-CV-02887 (VSB)(SN)

   **-against-**                         **ORDER**

**SAHARA CONSTRUCTION CORP.,**

                    **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On April 7, 2022, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Respondent was ordered to oppose by no later than June 17, 2022. ECF No. 8. As of the issuance of this order, Respondent has not opposed the petition. On June 27, 2022, the Honorable Vernon S. Broderick referred this case to my docket for a Report & Recommendation. ECF No. 12. The Respondent shall file its opposition by no later than July 6, 2022, or the Court will consider the matter fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                June 28, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2022